**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**CLAYDIA MILLER,** **PLAINTIFF,**

**VS.** **CIVIL ACTION NO. 2:06CV148-P-A**

**CARLISLE CORPORATION d/b/a**
**AMOCO/WENDY'S, et al.,** **DEFENDANTS**.

## ORDER

This matter comes before the court upon Plaintiff's motion to remand [5-1] and motion to stay remand proceeding pending related discovery [8-1]. After due consideration of the motions and the responses filed thereto, the court finds as follows, to-wit:

For the same reasons correctly discussed by the defendant in their response brief, which the court adopts and incorporates herein, the plaintiff's motion to remand and motion to stay remand pending related discovery is not well-taken and should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Plaintiff's motion to remand [5-1] is **DENIED**;

(2) Plaintiff's motion to stay remand pending related discovery is **DENIED**; therefore,

(2) The parties shall have until April 13, 2007 by which to contact the U.S. Magistrate Judge to schedule a case management conference.

**SO ORDERED** this the 28th day of March, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE